E-FILED 9/29/08

JS-6

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VIDENT, | Case No. SACV 06-1141-PSG (ANx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| v. | |
| DENTSPLY INTERNATIONAL, INC., | Judge: Philip S. Gutierrez<br>Dept.: 790 Roybal |
| Defendant. | |

OHS West:260522271.1

[PROPOSED] JUDGMENT

1   Pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED,
2   ADJUDGED, AND DECREED that judgment is hereby entered against Dentsply
3   International, Inc. and in favor of Vident in the amount of Eighteen Million Dollars
4   ($18,000,000.00). ~~plus any allowable costs incurred by Vident after September 22,~~
5   ~~2008.~~ The Judgment is entered pursuant to Document No. 259.

7   Dated: 9/29/08                **PHILIP S. GUTIERREZ**
                                  Hon. Philip S. Gutierrez
8                                 United States District Judge

11  Respectfully submitted by:

13  Dated: September 28, 2008     ROBERT E. FREITAS
                                  MONTE M.F. COOPER
                                  DANIEL J. WEINBERG
14                                CHRISTOPHER S. RUHLAND
                                  DIMITRIOS V. KOROVILAS
15                                ORRICK, HERRINGTON & SUTCLIFFE LLP

17                                       /s/ Dimitrios V. Korovilas
                                  DIMITRIOS V. KOROVILAS
18                                   Attorneys for Plaintiff Vident

OHS West:260522271.1        - 1 -

[PROPOSED] JUDGMENT